

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00096-CV

IN RE J.Z.T., A CHILD

On Appeal from the 320th District Court
Potter County, Texas
Trial Court No. 83,687-D, Honorable Don R. Emerson, Presiding

March 31, 2014

## MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant, father of J.Z.T., filed a notice of appeal on March 7, 2014, but failed to pay the $195 filing fee required under Texas Rule of Appellate Procedure 5. We informed appellant, by letter dated March 10, 2014, that the filing fee was outstanding and that the appeal would be dismissed unless it was paid within ten days from the March 10th letter. TEX. R. APP. P. 42.3(c); *see Holt v. F.F. Enterprises*, 990 S.W.2d 756 (Tex. App.—Amarillo 1998, pet. ref'd). The fee has not been paid to date. Nor has appellant filed an affidavit of indigency or sought leave to proceed without the payment of fees.

Because appellant has failed to pay the requisite filing fee as directed by the court, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3(c).

Per Curiam